UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK JACKSON,

    Plaintiff,

v.                                            Case No.  8:06-cv-1596-T-24 EAJ

ROOMS TO GO, INC.,
a Florida corporation,

    Defendant,

_____/

## ORDER

       This cause comes before the Court on its own.  The Court has not yet ruled on Defendant's motion for summary judgment, and because the Court prefers to rule on dispositive motions prior to pretrial conferences, the Court hereby reschedules the pretrial conference, which is currently scheduled for May 7, 2008, to July 22, 2008 at 8:30 a.m.  The trial in this case is hereby rescheduled to the Court's August 2008 trial calendar.  The Court will enter an amended Case Management and Scheduling Order reflecting these changes.

       **DONE AND ORDERED** at Tampa, Florida, this 25th day of April, 2008.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record